**Dismissed and Opinion Filed June 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00655-CV

### KARNISHA MARSHALL, Appellant

### V.

### SYLVESTER DAVIDSON, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-01960**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Appellant, proceeding pro se, has filed a motion to dismiss, stating she is "[n]o longer in need of this appeal." We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

150655F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

KARNISHA MARSHALL, Appellant

No. 05-15-00655-CV          V.

SYLVESTER DAVIDSON, Appellee

On Appeal from the 256th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-01960.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Sylvester Davidson recover his costs, if any, of this appeal from appellant Karnisha Marshall.

Judgment entered June 15, 2015.